# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN D. PORTER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79367

**FILED**

AUG 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of habeas corpus in which petitioner contends that he has been deprived of his right to a speedy trial on charges pending against him.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. See NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, see NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

19-36245

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").  Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                                            Hardesty

cc:     Justin D. Porter
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk